UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Daisy Annette Santiago Rivera   CIVIL NO. 97-2737 (DRD)

v.

Defendant(s) Osvaldo Rios Alonso et al

| MOTION | ORDER |
|---|---|
| Docket entry no. 74 | ☒ GRANTED. |
| Date: Sept /10/1999 | ☒ DENIED. |
| Title: Request for enlargement to oppose and/or reply... | ☐ MOOT. |
| | ☐ NOTED. |

Plaintiff's request is denied as to defendants' motion for extension of time; granted as to defendants' motions for reconsideration and motion requesting hearing. Accordingly, plaintiff is granted until October 29, 1999, to file its opposition to defendants' motions for reconsideration (Docket Nos. 69 and 70) and motion requesting hearing (Docket No. 72). It is SO ORDERED.

RECEIVED AND FILED
99 OCT 27 AM 7:54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Date: 10/25/99

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

79

4