UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Daisy Annette Santiago Rivera   CIVIL NO. 97-2737 (DRD)

v.

Defendant(s) Osvaldo Rios Alonso et al

| MOTION | ORDER |
|---|---|
| Docket entry no. 77 | ☒ GRANTED. |
| Date: Oct / 1 / 1999 | ☐ DENIED. |
| Title: Motion for additional extension of time | ☐ MOOT. |
| | ☐ NOTED. |
| Defendants' motion for an extension of time to reply to the U.S. Department of Justice's motion in support of the constitutionality of VAWA is Granted. Defendants must file their | reply by October 29, 1999. NO FURTHER EXTENSIONS WILL BE GRANTED. |

RECEIVED AND FILED
99 OCT 27 AM 7:54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date: 10 / 25 / 99.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE



4