UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Daisy Annette Santiago Rivera        CIVIL NO. 97-2737 (DRD)

v.

Defendant(s) Osvaldo Rios Alonso et al

| MOTION | ORDER |
|---|---|
| Docket entry no. 74 | ☒ GRANTED. |
| Date: Sept / 10 / 1999 | ☐ DENIED. |
| Title: Request for enlargement to oppose and/or reply... | ☐ MOOT. |
|  | ☐ NOTED. |

RECEIVED AND FILED 99 NOV -2 AM 7:50 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

Amended Order: On October 25, 1999, plaintiff was granted until October 29, 1999, to oppose defendants' motions for reconsideration and motion requesting hearing (docket Nos. 70 and 72). Said order is hereby amended to read November 5, 1999. Thus, plaintiff is granted until November 5, 1999, to file its oppositions or otherwise plead to said motions. It is so ordered.

Date: 10 / 29 / 99 .

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

