# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) _Daisy Annette Santiago_ CIVIL NO. _97-2737_ (DRD)
_Rivera_

v.

Defendant(s) _Osvaldo Rios Alonso et al_

| MOTION | ORDER |
|---|---|
| Docket entry no. _77_ | ☒ GRANTED. |
| Date: _Oct / 1 / 1999._ | ☐ DENIED. |
| Title: _Motion for additional extension of time_ | ☐ MOOT. |
| | ☐ NOTED. |

_Amended Order: On October 25, 1999, Defendants were granted until October 29, 1999 to reply to the U.S. Department of Justice's motion in support of the constitutionality of VAWA. (Docket No ) Said Order is hereby amended to read November 5, 1999. Thus,_

_Defendants are granted until November 5, 1999, to file their opposition. No further extensions will be granted._

_It is so ordered._

Date: ___10 / 29, 99___ .

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

RECEIVED AND FILED
99 NOV -2 AM 7:50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN. P.R.