UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DAISY ANNETTE SANTIAGO

V.                                                                                    CASE NUMBER: 97-2737 (DRD)

OSVALDO RIOS ALONSO

| MOTION | ORDER |
|---|---|
| **Date**<br>Filed: April 11, 2000   Docket # 93<br>[x] **Plffs**            [] **Defts**<br>[ ] **Other**<br><br>**Title:** Motion Requesting Holding in Abeyance any Ruling During the Period of April 14, 2000, through May 1, 2000, due to Counsel's Absence | **GRANTED.**<br>    On March 31, 2000, the Court issued a Judgment accompanied by an Opinion and Order wherein the above-captioned Complaint was dismissed in its entirety. (Docket Nos. 91 & 92). Said Judgment and Opinion and Order, however, where notified to the parties after Counsel for Plaintiff had filed his "Motion Requesting Holding in Abeyance...".<br>    In the interests of justice and given that Plaintiff's right to appeal could be seriously curtailed, the Court **ORDERS** the Clerk of the Court to renotify the Court's Judgment and Opinion and Order on May 1, 2000. |

DATE: April 23, 2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

| Rec'd: | EOD: |
|---|---|
| By: | # |