# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Daisy A. Santiago Rivera    CIVIL NO. 97-2737 (DRD)

v.

Defendant(s) Osvaldo Rios Alonso

| MOTION | ORDER |
|---|---|
| Docket entry no. 95 | ☐ GRANTED. |
| Date: April 19, 2000. | ☐ DENIED. |
| Title: Motion Requesting Imposition of legal fees | ☐ MOOT. |
| | ☐ NOTED. |
| Plaintiff is granted ten (10) days to show cause why attorneys' fees should not be granted. | |

IT IS SO ORDERED.

Date: May 18, 2000.

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**