UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DAISY ANNETTE SANTIAGO

V.                                            CASE NUMBER: 97-2737 (DRD)

OSVALDO RIOS ALONSO

| MOTION | ORDER |
|---|---|
| **Date** <br> Filed: April 19, 2000   Docket # 96 <br> [ ] Plffs                       [x] Defts <br> [ ] Other <br><br> Title: Motion to Alter or Amend Judgment | **GRANTED.** <br> On March 31, 2000, the Court issued a Judgment accompanied by an Opinion and Order dismissing the above-captioned Complaint. (Docket Nos. 91 & 92).  Said Judgment and Opinion and Order specifically mentioned state law claims, despite the fact that Plaintiff was not litigating any state law claims before this Court.  Given Defendant's request that the Court amend its Judgment and Opinion and Order to remove all references to state law claims, the Court on this same date issues an Amended Opinion and Order and an Amended Judgment. <br><br> IT IS SO ORDERED. |

DATE: May 8, 2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

Rec'd:          EOD:

By:                    # 99