UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DAISY ANNETTE SANTIAGO

Plaintiff

v.                                           CASE NO.: 97-2737 (DRD)

OSVALDO RIOS ALONSO, et al

Defendants

\* \* \* \* \* \* \*

**AMENDED JUDGMENT**

For the reasons set forth in the Opinion and Order issued on this same date, Plaintiff's claim under section 13981 of the Violence Against Women Act is **DISMISSED WITH PREJUDICE**.

Date: May _9_, 2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

N:\97-2737a dis