IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DAISY ANNETTE SANTIAGO RIVERA, | CIVIL NO. 97-2737 (DRD) |
| Plaintiff. | |
| v. | PLAINTIFF DEMANDS A TRIAL BY JURY |
| OSVALDO RIOS ALONSO, ET AL., | CIVIL ACTION FOR VIOLATIONS TO |
| Defendants | 42 USC, § 13701 & 13981 |

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

COMES NOW the captioned plaintiff, through her undersigned counsel, and respectfully states and prays:

Plaintiff hereby appeals to the United States Court of Appeals for the First Circuit the Amended Judgment entered in the captioned case on May 9, 2000 dismissing this case with prejudice, filed with the Clerk's Office on May 10, 2000.

RESPECTFULLY SUBMITTED, in San Juan, Puerto Rico, this 15th day of May, 2000.

I HEREBY CERTIFY having sent by regular mail a copy of this Notice of Appeal to Roberto Maldonado, Esq. Calle 7 NE, #344, Suite 1-A, Esq. FD Roosevelt, San Juan, P.R. 00921.

FRANK D INSERNI
USDC-PR 127807
Counsel for Daisy Annette Santiago Rivera
P.O. Box 193748
San Juan, P.R. 00919-3748
tel. 787-763-3851/759-7572/fax:763-5223
e-mail: finserni@tld.net