UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Daisy Annette Santiago Rivera    CIVIL NO. 97-2737 (DRD)

v.

Defendant(s) Osvaldo Rios Alonso

| MOTION | ORDER |
|---|---|
| Docket entry no. 106 | ☑ GRANTED. |
| Date: June 1 / 2000 | ☐ DENIED. |
| Title: Voluntary Dismissal of Appeal. | ☐ MOOT. |
|  | ☐ NOTED. |
| The Notice of Voluntary Dismissal of appeal is Granted. |  |

RECEIVED AND FILED
00 JUN 15 AM 10:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

IT IS SO ORDERED.

Date: June 13 / 2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE