UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) _Daisy Annette Santiago Rivera_   CIVIL NO. _97-2737_ (DRD)

v.

Defendant(s) _Osvaldo Rivera Almes_

| MOTION | ORDER |
|---|---|
| Docket entry no. _104_ | ☑ GRANTED. |
| Date: _05/18/00_ | ☐ DENIED. |
| Title: _Motion Requesting Leave to File Reply_ | ☐ MOOT. |
|  | ☐ NOTED. |
| _Defendant is to file a reply to Plaintiff's motion in opposition to defendant's request for costs and legal fees by January 26, 2001. No extensions shall be granted._ |  |

IT IS SO ORDERED.

Date: _January / 11 / 2001_         _[signature]_

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE